UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYLE NANCE, ) | |
| ) | CIVIL CASE NO. 04-3298 (FSH) |
| Petitioner, ) | |
| v. ) | |
| ) | Civil Action |
| TERRANCE MOORE, et al., ) | Notice of Appeal |
| ) | |
| Respondents. ) | |

Notice is hereby given that Lyle Nance, petitioner in the above-captioned case, through his attorney, Joshua Markowitz, Esq. (CJA Counsel), hereby appeals to the United States Court of Appeals for the Third Circuit from the Order and Opinion entered by the Honorable Faith S. Hochberg, in this action on September 15, 2008, in the United States District Court, Newark, New Jersey and also hereby applies to the United States Court of Appeals for the Third Circuit for a Certificate of Appealability.

Respectfully submitted,

*/s/ Joshua Markowitz*

Joshua Markowitz
CJA Appointed Counsel
Markowitz Gravelle, LLP
3131 Princeton Pike
Lawrenceville, NJ 08648
(609) 896-2660

Dated: 9/24/08