**CLERK**
**UNITED STATES DISTRICT COURT**
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

RECEIVED
NOV 17 2008

ANTOINETTE M. WOOTEN
FURMAN LAW FIRM OF NEW YORK CITY
MADISON SQUARE STATION
P.O. BOX 1144
NEW YORK, NY 10155

NIXIE     100    CE   1        40  11/14/08
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 07101041919          *1330-16418-17-38

## Other Orders/Judgments
2:04-cv-03298-FSH NANCE v. MOORE et al
HABEAS

**RECEIVED**

**NOV 17 2008**

AT 8:30
WILLIAM T. WALSH, CLERK

**U.S. District Court**

**District of New Jersey [LIVE]**

## Notice of Electronic Filing

The following transaction was entered on 9/16/2008 at 11:19 AM EDT and filed on 9/15/2008
**Case Name:** NANCE v. MOORE et al
**Case Number:** 2:04-cv-3298
**Filer:**
**Document Number:** 44

**Docket Text:**
**OPINION AND ORDER denying petitioner's motion for writ of habeas corpus and no certficate of appealability shall be issue. Signed by Judge Faith S. Hochberg on 09/15/2008. (nr, )**


**2:04-cv-3298 Notice has been electronically mailed to:**

SARA A. FRIEDMAN     sara.friedman@njecpo.org, lawfrdmn@aol.com

JOSHUA L. MARKOWITZ     joshm@mgs-law.com, mgs@mgs-law.com

**2:04-cv-3298 Notice will not be electronically mailed to::**

ANTOINETTE M. WOOTEN
FURMAN LAW FIRM OF NEW YORK CITY
MADISON SQUARE STATION
P.O. BOX 1144
NEW YORK, NY 10159-1144

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=9/16/2008] [FileNumber=2942518-0
] [8f2fd907a3a055ac3160c64821ff2049db88d55ee62373a92579d840797ffe0d1dc
d86a0f148610d622904f1c42641ec037aff062da1a7cf45d2a03620c917e0]]