**\*AMENDED BLD-027**  December 3, 2009
October 29, 2009

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **08-4005**

LYLE NANCE,
   Appellant

 VS.

TERRANCE MOORE; THE ATTORNEY GENERAL
OF THE STATE OF NEW JERSEY

 (D.N.J. Civ. No. 04-cv-03298)

Present:  McKEE, RENDELL and CHAGARES, <u>Circuit Judges</u>

  Submitted are

  (1) Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

  (2) Appellee's response to application for certificate of appealability;

  (3) Appellant's memorandum of law in support thereof; and

  **\*(4) Appellant's motion to supplement the request for a certificate of appealability (docketed as a document in support of the application for a certificate of appealability) accompanied by the supplemental brief**

  in the above-captioned case.

            Respectfully,

            Clerk

MMW/NSS/TRA/isc

*AMENDED BLD-027                                                          December 3, 2009
                                                                                            October 29, 2009

LYLE NANCE,
             Appellant
    VS.
TERRANCE MOORE; THE ATTORNEY GENERAL
OF THE STATE OF NEW JERSEY
C.A. No. 08-4005
Page 2

## ORDER

The foregoing request for a certificate of appealability is denied. Miller-El v. Cockrell, 537 U.S. 322, 327 (2003). Appellant has not made a substantial showing that conduct of the prosecutor "so infected the trial with unfairness as to make the resulting conviction a denial of due process." Darden v. Wainwright, 477 U.S. 168, 181 (1986). Appellant has not made a substantial showing that Trial Counsel's performance fell below an objective standard of reasonableness that prejudiced Appellant. See Strickland v. Washington, 466 U.S. 668, 687-88 (1984). The motion to supplement the request for a certificate of appealability with a pro se brief is denied.

                                          By the Court,

                                          /s/ Theodore A. McKee
                                          Circuit Judge

Dated: December 14, 2009
DWB/cc:
       Joshua L Markowitz, Esq.
       Sara A Friedman, Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.